IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TRISTAN PEOPLES,[1] | § | |
| | § | No. 16, 2026 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN20-04491 |
| LAUREN WALLACE, | § | Petition No. 25-07761 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: June 15, 2026
Decided: June 24, 2026

## ORDER

On May 20, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Tristan Peoples, because he had not filed an opening brief by the May 18 deadline set by the Court. On May 28, the Chief Deputy Clerk issued a notice, sent by certified mail, to Peoples directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Peoples received the notice on June 2. A timely response to the notice was due on or before June 12. To date, Peoples has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:


*/s/ N. Christopher Griffiths*
Justice